1  Allison C. Eckstrom, California Bar No. 217255
2  Christopher J. Archibald, California Bar No. 253075
   Bernice E. Diaz, California Bar No. 329246
3  **BRYAN CAVE LEIGHTON PAISNER LLP**
   3161 Michelson Drive, Suite 1500
4  Irvine, California  92612-4414
   Telephone:  (949) 223-7000
5  Facsimile:   (949) 223-7100
6  E-Mail:      allison.eckstrom@bclplaw.com
                christopher.archibald@bclplaw.com
7               bernice.diaz@bclplaw.com

8  Attorneys for Defendant
   SAIA MOTOR FREIGHT LINE, LLC
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GUSTAVO CARLOS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC; and DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-01452 JGB (SHKx)<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Hon. Jesus G. Bernal<br>Courtroom:  1 |

# JOINT STIPULATION FOR DISMISSAL

Plaintiff Gustavo Carlos ("Plaintiff") and Defendant Saia Motor Freight Line, LLC ("Defendant") (collectively "Parties"), by and through their counsel of record herein, jointly submit the following Joint Stipulation for Dismissal as follows:

1. WHEREAS, on September 11, 2020, Defendant filed a Notice of Settlement pursuant to Local Rule 40-2;

2. WHEREAS, on September 14, 2020, the Court issued an Order directing the Parties to file a stipulation and order for dismissal by October 14, 2020;

3. WHEREAS, the Parties hereby stipulate to dismiss this case with prejudice and concurrently herewith submit a proposed order dismissing the case with prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the Parties that this case be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: October 14, 2020

Allison C. Eckstrom
Christopher J. Archibald
Bernice E. Diaz
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendant
SAIA MOTOR FREIGHT LINE, LLC

Dated: October 14, 2020

Vadim Yeremenko
**MANCINI & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**

By: */s/* Vadim Yeremenko
Vadim Yeremenko
Attorneys for Plaintiff
GUSTAVO CARLOS

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christopher J. Archibald, attest that Mr. Yeremenko concurs in this filing's content and has authorized this filing.

/s/ *Christopher J. Archibald*
Christopher J. Archibald