# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GUSTAVO CARLOS,<br><br>          Plaintiff,<br><br>   vs.<br><br>SAIA MOTOR FREIGHT LINE, LLC; and DOES 1 through 100, Inclusive,<br><br>          Defendants. | Case No. 5:20-cv-01452 JGB (SHKx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Hon. Jesus G. Bernal<br>Courtroom: 1 |

# ORDER

Defendant Saia Motor Freight Line, LLC's ("Defendant") and Plaintiff Gustavo Carlos ("Plaintiff") (collectively, the "Parties") filed a Joint Stipulation for Dismissal. Pursuant to the Parties' Joint Stipulation for Dismissal:

**IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: October 15, 2020

Jesus C. Bernal
U.S. District Court Judge